IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03159-BNB

ANN MILLER,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE,

    Defendant.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

    Plaintiff, Ann Miller, has filed *pro se* a Complaint (ECF No. 1) asserting one breach of contract claim. Ms. Miller asserts diversity jurisdiction over the breach of contract claim pursuant to 28 U.S.C. § 1332. She seeks damages as relief.

    The court has reviewed the Complaint and finds that it is deficient because, although Ms. Miller lists only one Defendant in the caption of the Complaint, she lists two Defendants in the body of the Complaint and she apparently asserts the breach of contract claim against both of the Defendants listed in the body of the Complaint. The Defendant listed in the body of the Complaint who is not listed in the caption of the Complaint is Chase Manhattan Bank.

    Pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, "[t]he title of the complaint must name all the parties." In order to comply with this rule and to avoid any confusion regarding who is a proper party in this action, Ms. Miller will be ordered to file an amended complaint that identifies all of the parties in the caption. Accordingly, it is

ORDERED that Ms. Miller file, **within thirty (30) days from the date of this order**, an amended Complaint as directed in this order. It is

FURTHER ORDERED that Ms. Miller shall obtain the court-approved Complaint form, along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov). It is

FURTHER ORDERED that, if Ms. Miller fails to file an amended Complaint that complies with this order within the time allowed, the action will be dismissed without further notice.

DATED December 7, 2012, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge