IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-03159-MSK-CBS

ANN MILLER,

        Plaintiff,

v.

WELLS FARGO HOME MORTGAGE,

        Defendant.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Joint Motion to Dismiss Plaintiff's Claims Against Defendant Chase Manhattan Bank (Motion) **(#16)** filed March 29, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and Plaintiff's claims against Defendant chase Manhattan Bank are hereby dismissed, each party to pay his, her or its own attorneys' fees. All future captions shall so reflect.

DATED this 9th day of April, 2013.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              Chief United States District Judge