IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03159-MSK-CBS

ANN MILLER,

    Plaintiff,

v.

WELLS FARGO HOME MORTGAGE

    Defendant.

# FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Order filed on June 4, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #28**) to dismiss the case for Plaintiff's failure to prosecute and appear at a hearing/conference as order by the Magistrate Judge, it is

ORDERED that the Recommendation of Magistrate Judge Shaffer (**Doc. #28**) is **ADOPTED**. Plaintiff's case is dismissed without prejudice and the case is closed. It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated this 6$^{6h}$ day June, 2013.

        ENTERED FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
        Edward Butler
        Deputy Clerk